1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | STAN HELFMAN, State Bar No. 49104
Supervising Deputy Attorney General
5 |   455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
6 |   Telephone:  (415) 703-5854
Fax:  (415) 703-1234
7 |   Email:  Stan.Helfman@doj.ca.gov

8 | Attorneys for Respondent

9

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

14 | **HENRY LEE TOWNSEND,**                        C 07-4904 PJH (PR)

                                          Petitioner,    **MOTION AND EXTENSION**
15 |                                                      **OF TIME TO FILE ANSWER**

16 |          **v.**

       **DERRAL ADAMS, Warden,**
17

                                          Respondent.
18

19

20 |          Respondent respectfully requests an extension of 62 days, to and including Monday,

21 | January 28, 2008, in which to answer the petition.

22 |          In support of this request, we submit the attached declaration.

23

24

25

26

27

28

Motion and Extension of Time to File Answer                    Townsend v. Adams, Warden
                                                               C 07-4904 PJH (PR)

1

1          Dated:  November 20, 2007

2                              Respectfully submitted,

3                              EDMUND G. BROWN JR.
                              Attorney General of the State of California

4                              DANE R. GILLETTE
                              Chief Assistant Attorney General

5                              GERALD A. ENGLER
                              Senior Assistant Attorney General

6

7                              /s/ Stan Helfman
                              STAN HELFMAN

8                              Supervising Deputy Attorney General
                              Attorneys for Respondent

9

10

11   40188709.wpd
    SF2007402695

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion and Extension of Time to File Answer                    Townsend v. Adams, Warden
                                                               C 07-4904 PJH (PR)