EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
STAN HELFMAN, State Bar No. 49104
Supervising Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5854
  Fax:  (415) 703-1234
  Email:  Stan.Helfman@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HENRY LEE TOWNSEND,**<br><br>                          Petitioner,<br><br>     v.<br><br>**DERRAL ADAMS, Warden,**<br><br>                          Respondent. | C 07-4904 PJH (PR)<br><br>**DECLARATION OF STAN HELFMAN IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

Stan Helfman states under Penalty of Perjury:

(1)  I am a Supervising Deputy Attorney General for the State of California and I represent respondent in this matter.

(2)  According to the Order to Show Cause, Townsend was convicted by a jury of receiving stolen property and use of a stolen access card with enhancements for priors, he was sentenced to a term of 25 years to life.  The California Court of Appeal affirmed the conviction.  The California Supreme Court denied review.

(3)  On September 21, 2007, Townsend filed a *pro se* petition for a writ of habeas corpus in this court.

(4) On September 28, 2007, this Court issued an order to show cause and directed the service and filing of an answer on or before November 27, 2007.

(5) Respondent has filed no prior request for extension of time in this case.

(6) I received this court's order to show cause on October 4, 2007. I promptly ordered our state appeal file, which I received on October 11, 2007.

(7) The appeal file consists of approximately 700 pages of transcripts, pleadings, orders, and other materials.

(8) I have reviewed the petition and the claims of instructional error, improper failure to limit or sanitize impeachment evidence.

(9) Despite my best intentions, I have been unable to complete preparation of our pleading. It was necessary for me to complete pleadings in *People v. Brown*, A116120, *People v. Kearney*, A114030, *People v. Perez*, H031212, *Whitaker v. Hall*, C 05-5065, *People v. Moore*, A116429, *People v. Saucedo*, A111913, and *People v. Wiles*, A114212. At the same time, in my capacity as a supervisor, it was necessary for me to review numerous lengthy draft pleadings prepared by other deputies in this officer. I must prepare pleadings in *People v. Rutledge*, A115713, *People v. Bucao*, H031455, *Magraff v. Ayers*, Civ 307-1121, *Espinosa v. Walker*, C 07-1741. I am working on *Bucao*.

For the foregoing reasons, we respectfully requests an extension of time of 62 days, to and including Monday, January 28, 2008, in which to answer the petition.

1 | Dated: November 20, 2007

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 |

7 |

8 | /s/ Stan Helfman
STAN HELFMAN
Supervising Deputy Attorney General

9 | Attorneys for Respondent

10 |

11 | 40188711.wpd
SF2007402695