IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HENRY LEE TOWNSEND,**<br><br>                        Petitioner,<br><br>   v.<br><br>**DERRAL ADAMS, Warden,**<br><br>                        Respondent. | C 07-4904 PJH (PR)<br><br>**[PROPOSED] ORDER** |

      On motion of respondent and good cause appearing, it is ordered that the time for filing the answer to the petition for writ of habeas corpus be, and the same is, extended 62 days to and including Monday, January 28, 2008.

Dated: _____   _____

                                                                                         The Honorable Phyllis J. Hamilton