EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
STAN HELFMAN, State Bar No. 49104
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5854
 Fax:  (415) 703-1234
 Email:  Stan.Helfman@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY LEE TOWNSEND,<br><br>                                    Petitioner,<br><br>          v.<br><br>DERRAL ADAMS, Warden,<br><br>                                    Respondent. | C 07-4904 PJH (PR)<br><br>**MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

          Respondent respectfully requests an extension of 60 days, to and including March 28, 2008, in which to answer the petition.

          In support of this request, we submit the attached declaration.

///

///

///

Motion for Extension of Time to File Answer

1    Dated:  January 22, 2008

2                              Respectfully submitted,

3                              EDMUND G. BROWN JR.
                             Attorney General of the State of California

4                              DANE R. GILLETTE
                             Chief Assistant Attorney General

5                              GERALD A. ENGLER
6                              Senior Assistant Attorney General

7                              /s/ Stan Helfman
                             STAN HELFMAN
8                              Supervising Deputy Attorney General
                             Attorneys for Respondent

9

10

11   40208536.wpd
     SF2007402695

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion for Extension of Time to File Answer                    Townsend v. Adams, Warden
                                                              C 07-4904 PJH (PR)