EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
STAN HELFMAN, State Bar No. 49104
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5854
 Fax:  (415) 703-1234
 Email:  Stan.Helfman@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HENRY LEE TOWNSEND,**<br><br>                              Petitioner,<br><br>       v.<br><br>**DERRAL ADAMS, Warden,**<br><br>                              Respondent. | C 07-4904 PJH (PR)<br><br>**DECLARATION OF STAN HELFMAN IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

Stan Helfman states under Penalty of Perjury:

(1)  I am a Supervising Deputy Attorney General for the State of California and I represent respondent in this matter.

(2)  According to the Order to Show Cause, Townsend was convicted by a jury of receiving stolen property and use of a stolen access card with enhancements for priors, he was sentenced to a term of 25 years to life.  The California Court of Appeal affirmed the conviction. The California Supreme Court denied review.

(3)  On September 21, 2007, Townsend filed a *pro se* petition for a writ of habeas corpus in this court.

1   (4) On September 28, 2007, this Court issued an order to show cause and directed the service and filing of an answer on or before November 27, 2007.

(5) Respondent has filed one prior extension request in this case to extend our time to January 28, 2008.

(6) I received this court's order to show cause on October 4, 2007. I promptly ordered our state appeal file, which I received on October 11, 2007.

(7) The appeal file consists of approximately 700 pages of transcripts, pleadings, orders, and other materials.

(8) I have reviewed the petition and the claims of instructional error, improper failure to limit or sanitize impeachment evidence.

(9) Despite my best intentions, I have been unable to complete preparation of our pleading. It was necessary for me to complete pleadings in *People v. Bucao*, H031455, *People v. Ross*, H030005. At the same time, in my capacity as a supervisor, it was necessary for me to review numerous lengthy draft pleadings prepared by other deputies in this office. I must prepare pleadings in *People v. Rutledge*, A115713, *Dossman v. Newland*, C 00-0384 (on remand from the 9th Circuit), *Magraff v. Ayers*, CIV S 07-1121, *Espinosa v. Walker*, C 07-1741. I am working on *Dossman*.

For the foregoing reasons, we respectfully request an extension of time of 60 days, to and including March 28, 2008, in which to answer the petition.

///
///
///

Decl. of Stan Helfman in Support of Mot. for EOT to File Answer    Townsend v. Adams, Warden
C 07-4904 PJH (PR)

2

1  Dated: January 22, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
Attorney General of the State of California

4  DANE R. GILLETTE
Chief Assistant Attorney General

5  GERALD A. ENGLER
Senior Assistant Attorney General

6

7

8  /s/ Stan Helfman
STAN HELFMAN
Supervising Deputy Attorney General

9  Attorneys for Respondent

Decl. of Stan Helfman in Support of Mot. for EOT to File Answer           Townsend v. Adams, Warden
                                                                          C 07-4904 PJH (PR)

3