IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HENRY LEE TOWNSEND,** | C 07-4904 PJH (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **DERRAL ADAMS, Warden,** | |
| Respondent. | |

On motion of respondent and good cause appearing, it is ordered that the time for filing the answer to the petition for writ of habeas corpus be, and the same is, extended 60 days to and including March 28, 2008.

Dated: 1/24/08

The Honorable Judge Phyllis J. Hamilton

IT IS SO ORDERED