EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
STAN HELFMAN, State Bar No. 49104
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5854
 Fax:  (415) 703-1234
 Email:  Stan.Helfman@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HENRY LEE TOWNSEND,**<br><br>                    Petitioner,<br><br>     v.<br><br>**DERRAL ADAMS, Warden,**<br><br>                    Respondent. | C 07-4904 PJH (PR)<br><br>**MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

     Respondent respectfully requests an extension of 60 days, to and including May 27, 2008, in which to answer the petition.

     In support of this request, we submit the attached declaration.

///

///

///

Dated: March 28, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

/s/ Stan Helfman
STAN HELFMAN
Supervising Deputy Attorney General
Attorneys for Respondent

40235050.wpd
SF2007402695

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Townsend v. Adams, Warden**

No.:   **C 07-4904 PJH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>March 28, 2008</u>, I served the attached

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

**DECLARATION OF STAN HELFMAN IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

**[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Henry Lee Townsend
No. F-24609
California State Prison - Corcoran
P.O. Box 3466
Corcoran, CA 93212-3466

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 28, 2008, at San Francisco, California.

|           M. Argarin           |          /s/ M. Argarin          |
|:------------------------------:|:--------------------------------:|
|           Declarant            |            Signature             |

40235053.wpd