1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  STAN HELFMAN, State Bar No. 49104
   Supervising Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5854
    Fax:  (415) 703-1234
8   Email:  Stan.Helfman@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HENRY LEE TOWNSEND,** | C 07-4904 PJH (PR) |
| Petitioner, | **ANSWER** |
| v. | |
| **DERRAL ADAMS, Warden,** | |
| Respondent. | |

Respondent provides this answer to the petition for writ of habeas corpus.

## I.

## CUSTODY

Petitioner is lawfully in state custody pursuant to a valid judgment and commitment entered March 24, 2006 in Santa Clara County Superior Court case number CC 465996, upon his conviction, following a jury trial, of receiving stolen property and using a stolen access card. The court found true prior strike convictions for robbery and first degree burglary. The court sentenced petitioner to 25 years to life under the Three Strikes law. Exh. A, p.1.

## II.
## EXHAUSTION

Petitioner exhausted his claims of instructional error and improper failure to limit or sanitize impeachment evidence by presenting them to the California Supreme Court in a petition for review.

## III.
## DENIAL

There is no merit to petitioner's claims that (1) the trial court's use of CALJIC No. 2.15, which allows an inference of guilt from possession of stolen property and slight corroborating evidence, violated due process; and (2) due process was violated when the trial court allowed him to be impeached by his prior convictions without limiting the number that could be used, and failed to sanitize the conviction for robbery with firearm use.

## IV.
## TIMELINESS

The petition is timely.

## V.
## RECORDS

We submit herewith transcripts of the state trial and other pertinent records as described in the accompanying Index to Exhibits.

**CONCLUSION**

Respondent respectfully requests that the petition be denied, the order to show cause discharged, and these proceeding dismissed.

Dated: May 27, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Stan Helfman
STAN HELFMAN
Supervising Deputy Attorney General
Attorneys for Respondent

40256999.wpd
SF2007402695