EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
STAN HELFMAN, State Bar No. 49104
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5854
 Fax:  (415) 703-1234
 Email:  Stan.Helfman@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HENRY LEE TOWNSEND,**<br><br>          Petitioner,<br><br>     v.<br><br>**DERRAL ADAMS, Warden,**<br><br>          Respondent. | C 07-4904 PJH (PR)<br><br>**INDEX TO EXHIBITS** |

Exhibits

| | |
|---|---|
| A | Court of Appeal Opinion, H030025 |
| B | Petition for Review, S152191 |
| C | Order Denying Review and Docket, S152191 |
| D | Reporter's Trial Transcripts (7 Volumes) |
| E | Clerk's Transcripts (2 Volumes) |

1  Dated:  May 27, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
Attorney General of the State of California

4  DANE R. GILLETTE
Chief Assistant Attorney General

5  GERALD A. ENGLER
Senior Assistant Attorney General

6

7  PEGGY S. RUFFRA
Supervising Deputy Attorney General

8

9  /s/ Stan Helfman
STAN HELFMAN
10  Supervising Deputy Attorney General
Attorneys for Respondent
11

12

13  40257023.wpd
SF2007402695

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Index to Exhibits                                        *Townsend v. Adams, Warden*
                                                          C 07-4904 PJH (PR)

2