## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Townsend v. Adams, Warden**

No.:    **C 07-4904 PJH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>May 27, 2008</u>, I served the attached

**INDEX TO EXHIBITS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Henry Lee Townsend
No. F-24609
California State Prison - Corcoran
P.O. Box 3466
Corcoran, CA 93212-3466

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 27, 2008, at San Francisco, California.

|  |  |
|---|---|
| S. Agustin | /s/ S. Agustin |
| Declarant | Signature |

40257127.wpd