UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY LEE TOWNSEND,

    Petitioner,

vs.

DERRAL ADAMS, Warden,

    Respondent.
_____/

No. C 07-4904 PJH (PR)

**ORDER DENYING PETITIONER'S MOTIONS FOR APPOINTMENT OF COUNSEL**

    This is a habeas case filed pro se by a state prisoner. Petitioner has moved for appointment of counsel.

    The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes appointment of counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation."

    Petitioner has presented his claims adequately in the petition, and they are not particularly complex. The interests of justice do not require appointment of counsel.

    The motions for appointment of counsel (documents number 4 and 5 on the docket) are **DENIED**. The time for petitioner to file a traverse, if he desires to do so, is **EXTENDED** to a date thirty days from the date this order is entered.

    **IT IS SO ORDERED.**

Dated: August 25, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.07\TOWNSEND4904.OSC.wpd