UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY LEE TOWNSEND,<br><br>        Plaintiff,<br><br>  v.<br><br>DERRAL ADAMS et al,<br><br>        Defendant. | Case Number: CV07-04904 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Henry Lee Townsend F-24609
P.O. Box 3466
Corcoran, CA 93212-3466


Dated: August 25, 2008

                                              Richard W. Wieking, Clerk
                                              By: T. De Martini, Deputy Clerk